UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID DOV GROSS | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:23-CV-731-FL |
| SMARKSKY NETWORKS, LLC, | ) | |
|     Appellee. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 13, 2024, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on June 13, 2024, and Copies To:**

David Dov Gross  (via US mail) 102 Ripplewater Lane, Cary, NC 27518
Christopher J. Blake  (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| June 13, 2024 | PETER A. MOORE, JR. CLERK |
| |  /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |